RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 3/11/10
BY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 09-0160-01** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **AMON RASHAD PEOPLES** a/k/a **LORENZO RIX** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Amon Rashad Peoples, and adjudges him guilty of the offenses charged in Counts One, Four, and Five of the Indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Amon Rashad Peoples' agreement to provide restitution in this matter and to forfeit the items referenced in Count Six of the Indictment.

THUS DONE AND SIGNED this 11 day of March 2010 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE